SHANNON PIERCE, ESQ.
Nevada Bar No. 12471
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2200
Fax: (775) 786-1177
*spierce@fennemorelaw.com*

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO GAMBOA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT PALACE, LLC, a Domestic Limited Liability Company, dba CAESARS PALACE,<br><br>Defendant. | CASE NO: 2:23-cv-01887<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br>**(First Request)** |

Plaintiff RICARDO GAMBOA, ("Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant DESERT PALACE, LLC ("Defendant"), by and through its counsel, Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C., do hereby stipulate and agree to extend time for Defendant to submit its response to Complaint (ECF No. 01). This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of the deadline referenced above.

Good cause exists for this extension. Presently, Defendant's response to ECF No. 01 is due on December 26, 2023. However, Defense counsel is currently in a trial, and the due date is one day after Christmas. Defense counsel needs three additional weeks, through January 16, 2024, to complete and submit the response to the Complaint.

//

//

1

Accordingly, Defendant shall have up to and including January 16, 2024 to submit its response to Complaint (ECF No. 01).

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 8, 2023 | Dated: December 8, 2023 |
| **HATFIELD & ASSOCIATES, LTD.** | **FENNEMORE CRAIG, P.C.** |
| By: */s/ Trevor J. Hatfield* <br> Trevor J. Hatfield, Esq. (SBN 7373) <br> 703 South Eighth Street <br> Las Vegas, Nevada 89101 <br> Tel.: (702) 388-4469 <br> Email:thatfield@hatfieldlawassociates.com <br> *Attorney for Plaintiff Ricardo Gamboa* | By: */s/ Shannon S. Pierce* <br> Shannon S. Pierce, Esq., (SBN 12471) <br> 300 East Second Street, Suite 1510 <br> Reno, Nevada 89501 <br> Tel.: (775) 788-2200 <br> Email: spierce@fennemorelaw.com <br> *Attorney for Defendant Desert Palace* |

**IT IS SO ORDERED.**

DATED this __11__ day of __December__, 2023.

_____