SHANNON PIERCE, ESQ.
Nevada Bar No. 12471
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2200
Fax: (775) 786-1177
spierce@fennemorelaw.com

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO GAMBOA, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>DESERT PALACE, LLC, a Domestic Limited Liability Company, dba CAESARS PALACE,<br><br>            Defendant. | CASE NO:  2:23-cv-01887<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br>**(Second Request)** |

Plaintiff RICARDO GAMBOA, ("Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant DESERT PALACE, LLC ("Defendant"), by and through its counsel, Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C., do hereby stipulate and agree to continue the Early Neutral Evaluation conference ("ENE").  This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request to continue the ENE.

Good cause exists for this continuation.  Defense counsel currently has a family emergency and will be unable to attend the ENE conference.  This family emergency arose in the last 48 hours and requires defense counsel to unexpectedly travel out of state.  The stipulated continuance is not

//

//

//

1

for purpose of delay, but instead the result of unexpected circumstances.

**IT IS SO STIPULATED.**

Dated:  July 11, 2024                                              Dated:  July 11, 2024

**HATFIELD & ASSOCIATES, LTD.**                  **FENNEMORE CRAIG, P.C.**

By:  */s/ Trevor J. Hatfield*                                 By:  */s/ Shannon S. Pierce*
Trevor J. Hatfield, Esq.  (SBN 7373)                Shannon S. Pierce, Esq., (SBN 12471)
703 South Eighth Street                                    300 East Second Street, Suite 1510
Las Vegas, Nevada 89101                                Reno, Nevada 89501
Tel.: (702) 388-4469                                         Tel.: (775) 788-2200
Email:thatfield@hatfieldlawassociates.com    Email:  spierce@fennemorelaw.com
*Attorney for Plaintiff Ricardo Gamboa*          *Attorney for Defendant Desert Palace*

**IT IS SO ORDERED.**

DATED this __11__ day of __July__ , 2024.

_____
U.S MAGISTRATE JUDGE

**IT IS FURTHER ORDERED** that the parties are to meet and confer and submit proposed dates, occurring on Wednesdays or Fridays, for the Court to reschedule the ENE by 7/19/2024.

2