**FENNEMORE CRAIG, P.C.**
Shannon S. Pierce, NV Bar No. 12471
7800 Rancharrah Parkway
Reno, NV 89511
Telephone:   (775) 788-2200
Facsimile:    (775) 788-2279
spierce@fennemorelaw.com

*Attorneys for Defendant*
*Desert Palace, LLC dba Caesars Palace*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICARDO GAMBOA, an individual,<br><br>              Plaintiff,<br>vs.<br><br>DESERT PALACE, LLC, a Domestic Limited Company, d/b/a Caesars Palace,<br><br>              Defendant. | CASE NO. 2:23-cv-01887-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Ricardo Gamboa and Defendant Desert Palace, LLC, by and through their undersigned counsel of record, that the above-entitled matter be dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 9th day of September, 2024.

//

//

//

//

//

//

//

| | |
|---|---|
| **HATFIELD & ASSOCIATES**<br><br>By: */s/ Trevor J. Hatfield*<br>Trevor J. Hatfield, Esq.<br>Nevada Bar # 7373<br>703 South Eighth Street<br>Las Vegas, NV 89101<br>Tel: (702) 388-4469<br>Email:<br>thatfield@hatfieldlawassociates.com<br><br>*Attorney for Plaintiff*<br>*Ricardo Gamboa* | **FENNEMORE CRAIG, P.C.**<br><br>By: */s/ Shannon S. Pierce*<br>Shannon S. Pierce, Esq.<br>Nevada Bar # 12471<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511<br>Telephone: (775) 788-2200<br>Facsimile: (775) 786-1177<br>Emails: spierce@fennemorelaw.com<br><br>*Attorneys for Defendant*<br>*Desert Palace, LLC dba Caesars Palace* |

## ORDER

Good cause appearing, the parties' stipulation is **GRANTED.**

**IT IS HEREBY ORDERED** that the case is dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

DATED September 13, 2024.

_____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the parties set forth below by:

| | |
|---|---|
| ___ | Hand delivery at parties' 16.1 conference |
| ___ | Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices |
| _____ | Certified Mail, Return Receipt Requested |
| _____ | Via email, per the parties' agreement |
| _____ | Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered |
| _____ | Federal Express (or other overnight delivery) |
| __XX____ | E-service effected by CM/ECF |

addressed as follows:
Hatfield & Associates, LTD.
Trevor Hatfield, Esq.
703 South Eighth Street
Las Vegas, Nevada 89101
thatfield@hatfieldassociates.com

*Attorney for Plaintiff*

DATED this 9th day of September 2024.

/s/   Linda S. Bailey
Employee of FENNEMORE CRAIG, P.C.